# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

1. R4 INVESTMENTS, LLC, an Oklahoma Limited Liability Company,
2. EDGEMERE HOMES, LLP, an Oklahoma Limited Liability Partnership,

  Plaintiffs,

v.

1. REAL PROTECT, LLC, a Georgia Limited Liability Company,
2. NORTON AGENCY INSURANCE, LLC, a Georgia Limited Liability Company, a/k/a Norton Agency Insurance, LLC d/b/a Norton Network Insurance Agency,

  Defendants.

Case No. 19-CV-922-J

## **NOTICE OF SETTLEMENT**

Comes Now the Plaintiffs, R4 Investments, LLC and Edgemere Homes, LLP, by and through their counsel of record, who hereby gives notice to the court that the parties have reached a settlement of the above captioned matter. At this time, the parties are in the process of exchanging settlement release documents and drafts. The parties respectfully request that any pending deadlines and hearings be stricken. The Plaintiffs and Defendants anticipate that a final dismissal will be filed within thirty days.

-2-

Respectfully submitted this 4th day of January, 2021.

                        By:   /s/Matthew M. McGrew
                              Matthew M. McGrew, OBA # 32065
                              McGrew, McGrew & Associates
                              400 N. Walker Ave., #115
                              Oklahoma City, OK 73102
                              Telephone: (405) 235-9909
                              Facsimile: (405) 235-9929
                              E-Mail:   office@mcgrew-law.com
                              ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2021, I electronically transmitted the foregoing document, Notice of Settlement to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert A. Bragalone and Kelley Callahan
**GORDON & REES, LLP**
101 Park Avenue, Suite 1300
Oklahoma City, OK 73102

Robert Bragalone
**GORDON & REES, LLP**
2200 Ross Ave., Suite 4100W
Dallas, TX 75201-7902

*s/ Matthew M. McGrew*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2019, I electronically transmitted the attached document, Notice of Settlement to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gerard F. Pignato
Matthew C. Kane
Ryan Whaley Coldiron Jantzen
Peters & Webber
119 North Robinson, 9th floor
Oklahoma City, OK 73102

**COUNSEL FOR DEFENDANT**

                                          s/Matthew M. McGrew
                                          Matthew M. McGrew