## WESTERN DISTRICT OF OKLAHOMA

<table>
<tr><td>
1. R4 INVESTMENTS, LLC, an Oklahoma Limited Liability Company,
2. EDGEMERE HOMES, LLP, an Oklahoma Limited Liability Partnership,

    Plaintiffs,

v.

1. REAL PROTECT, LLC, a Georgia Limited Liability Company,
2. NORTON AGENCY INSURANCE, LLC, a Georgia Limited Liability Company, a/k/a Norton Agency Insurance, LLC d/b/a Norton Network Insurance Agency,

    Defendants.
</td><td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 19-CV-922-J<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td></tr>
</table>

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, R4 Investments, LLC and Edgemere Homes, LLP, and Defendants, Real Protect, LLC and Norton Agency Insurance, LLC, hereby stipulate to the dismissal of the above entitled action with prejudice to the refiling thereof.  Each side is to bear its own costs and fees.

                    By s/ Michael D. McGrew
                    Michael D. McGrew, OBA #13167
                    MCGREW, MCGREW & ASSOCIATES
                    400 N. Walker, Suite 115
                    Oklahoma City, OK 73102
                    Telephone:   (405) 235-9909
                    Facsimile:   (405) 235-9929
                    office@mcgrew-law.com
                    **COUNSEL FOR PLAINTIFFS**

*/s/ Kelley Callahan*
(signed by the filing attorney with permission)
**ROBERT A. BRAGALONE, OBA #31898**
**KELLEY CALLAHAN, OBA #1429**
2200 Ross Avenue, Suite 4100 West
Dallas, Texas 75201
Direct Phone: (214) 231-4660
Direct Facsimile: (214) 461-4053
E-Mail: BBragalone@grsm.com
101 Park Avenue, Suite 1300
Oklahoma City, OK 73102
Phone: (405) 445-6280
Fax: (405) 213-1556
**ATTORNEYSFOR DEFENDANTS**